**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER MWANGI a/k/a GUURDHWEEL Q.          No. C-13-1630 EMC (pr)
GHEYTTUARNEAUX
(Prisoner # 80634-038),

           Plaintiff,                                  **ORDER OF TRANSFER**

      v.

FEDERAL BUREAU OF PRISONS; *et al.*,

           Defendants.
_____/

     Plaintiff, an inmate at the United States Penitentiary in Lompoc, California, filed this *pro se*

civil action, complaining of events and omissions that occurred at that prison. The prison is in Santa

Barbara County, which is located within the venue of the Central District of California. One

individual defendant is the warden of the prison and apparently resides in Santa Barbara County. No

defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint

occurred in, the Northern District of California. Venue therefore would be proper in the Central

District, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and

pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court

for the Central District of California. The Clerk shall transfer this matter.

     IT IS SO ORDERED.

Dated: April 19, 2013

_____
EDWARD M. CHEN
United States District Judge